Patrick C. Dunican, Jr.
Robert C. Brady
Timothy J. Duva
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102-5310
(973) 596-4500

pdunican@gibbonslaw.com
rbrady@gibbonslaw.com
tduva@gibbonslaw.com

*Attorneys For Defendants*
*Cottman Transmission Systems, LLC and*
*AAMCO Transmission Systems, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NADER HI-TECH, INC., MINA HI-TECH, INC., and GEORGETTE ABDELSHAHID, an individual,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>COTTMAN TRANSMISSION SYSTEMS, LLC, AAMCO TRANSMISSION SYSTEMS, INC. and PETER FIORENTINO, an individual,<br><br>                    Defendants. | *Document Electronically Filed*<br><br>Civil Action No.: _____<br><br><br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Cottman Transmission Systems, LLC and AAMCO Transmission Systems, Inc. state as follows:  American Driveline Systems, Inc., a privately held corporation organized and existing pursuant to the law of Delaware, with its principal place of business in Horsham Pennsylvania, owns 10% or more of each of the above-referenced entities stock or membership units, as applicable.

Dated: March 24, 2010               By:  /s/ Patrick C. Dunican, Jr.
          Newark, New Jersey                   Patrick C. Dunican, Jr.
                                                              Robert C. Brady
                                                              Timothy J. Duva
                                                              **GIBBONS P.C.**
                                                              One Gateway Center
                                                              Newark, New Jersey  07102-5310
                                                              Tel:  (973) 596-4617
                                                              Fax:  (973) 639-8380

                                                              *Attorneys For Defendants*
                                                              *Cottman Transmission Systems, LLC and*
                                                              *AAMCO Transmission Systems, Inc.*